1  BRET R. HENRY, (SBN: 244868)
2  Email: bhenry@yokasmith.com
   **YOKA | SMITH, LLP**
3  445 South Figueroa St., 38th Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 427-2300
5  Facsimile:   (213) 427-2330
6
7  DAVID S. BLOOMFIELD, JR. (*Pro hac vice*)
   Email: dbloomfield@porterwright.com
8  **PORTER WRIGHT MORRIS & ARTHUR LLP**
   41 South High Street, Suites 2800 – 3200
9  Columbus, OH 43215
10 Telephone: (614) 227-2169
   Facsimile:  (614) 227-2100
11
12 MCDANIEL KELLY (*Pro hac vice*)
13 Email: mkelly@porterwright.com
   LAUREN KONRAI-MORI (SBN: 334374)
14 Email: lkonraimori@porterwright.com
15 **PORTER WRIGHT MORRIS & ARTHUR LLP**
   950 Main Avenue, Suite 500
16 Cleveland, Ohio 44113
17 Telephone: (216) 443-9000
   Facsimile:  (216) 443-9011
18
19 Attorneys for Defendant, Rocky Brands, Inc.

20                **UNITED STATES DISTRICT COURT**
21                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  MILTITA CASILLAS, individually and on behalf of all others similarly situated,<br>23<br>24              Plaintiffs,<br>25  v.<br>26  ROCKY BRANDS, INC., an Ohio corporation,<br>27<br>28              Defendant. | Case No.: 2:25-CV-03575 WLH (SSCx)<br><br>**[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER** |

# [~~PROPOSED~~] ORDER

**GOOD CAUSE SHOWN**, the Court hereby approves this Stipulation for Protective Order.

**IT IS SO ORDERED.**

DATED: October 17, 2025

_____

Hon. Stephanie S. Christensen

United States Magistrate Judge